**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

      Plaintiff,

v.                                                    Case No.: 6:24-cv-2049-WWB-EJK

TROSON CORPORATION and RMC &
SONS, LLC,

      Defendants.

_____

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With

Prejudice (Doc. 10).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk

of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 17, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record